No. 367.  KNIGHT *v.* HUDSPETH, WARDEN.  October 21, 1940.  Petition for writ of certiorari to the Circuit

Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied for the reason that the Court, upon examination of the papers herein submitted, finds that the application for a writ of certiorari was not filed within the time provided by law. Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). *Charles H. Knight, pro se.*